UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 95-7054

MICHAEL TERRY HYSON,
             Appellant

v.

OFFICER M. STREET; DEPARTMENT OF CORRECTIONS;
             DERRIS GIVESON

On Appeal from the United States District Court
       for the District of Delaware
            (D.C. No. 93-cv-00403)
    District Judge: Hon. Sue L. Robinson

Submitted Pursuant to Third Circuit LAR 34.1(a)
              May 11, 1995

Before: SLOVITER, Chief Judge
     SCIRICA and NYGAARD, Circuit Judges

JUDGMENT ORDER

After consideration of all contentions raised by appellant, it is

ADJUDGED and ORDERED that the judgment of the district court entered December 19, 1994 be and is hereby affirmed. Costs taxed against appellant.

By the Court,

/s/ Sloviter
Chief Judge

Attest:

/s/ P. Douglas Sisk
P. Douglas Sisk, Clerk

Dated: MAY 12 1995

Page 2

<u>No. 95-7054</u>

Certified as a true copy and issued in lieu
of a formal mandate on   July 3, 1995.

Teste:   *P. Douglas S. 85*

Clerk, U.S. Court of Appeals for the Third Circuit.