OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| P. Douglas Sisk<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>215-597-4495 |

July 3, 1995

Mr. John R. McAllister Jr., Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801



**RE: Docket No. 95-7054**
**Hyson  vs. Street**
**D. C. CIV. No. 93-cv-00403**-SLR

Dear Mr. McAllister:

   Enclosed is a certified copy of the judgment order in the above-entitled case(s). The certified judgment order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   We return herewith the certified record in the case.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.
       Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment order is also enclosed showing costs taxed, if any.

                                Very truly yours,
                                P. DOUGLAS SISK, Clerk

                           By:  Colleen McKeown
                                Deputy Clerk

Enclosure

cc:
       Michael T. Hyson
       W. Michael Tupman, Esq.